**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | * | |
| | * | |
| **v.** | * | **Criminal No. 1:26-mj-00036-CJC** |
| | * | |
| **JOSE MANUEL PACHECO-** | * | |
| **GALVAN,** | * | |
| | * | |
| **Defendant.** | * | |
| | * | |
| | * | |
| | ****** | |

**MOTION TO UNSEAL**

The United States of America, by its attorneys, Kelly O. Hayes, United States Attorney for the District of Maryland, and Christina Hoffman, Assistant United States Attorney for said District, moves this Honorable Court for an order unsealing the Complaint, Affidavit and Arrest Warrant in the above-captioned matter. The Defendant has now been arrested and is in the custody of the U.S. Marshals. Accordingly, there is no longer a need to maintain the case under seal.

**WHEREFORE**, the Government requests that the Complaint, Affidavit and Arrest Warrant and all other documents filed in this action be unsealed until further order of the Court.

Respectfully submitted,

Kelly O. Hayes
United States Attorney

By: _Christina A. Hoffman_ Digitally signed by CHRISTINA HOFFMAN
Date: 2026.05.12 21:43:46 -04'00'

Christina A. Hoffman
Assistant United States Attorney

**ORDERED** as prayed, this __13__ day of May, 2026.

Honorable J. Mark Coulson
United States Magistrate Judge